**Ovell T. BARBER, Plaintiff—
Appellant,**

v.

**Marc JACOBSON, Judge, Norfolk Cir-
cuit Court; Michael T. Judge, Assis-
tant Attorney General, Defendants—
Appellees.**

No. 04–6749.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 15, 2004.

Decided: July 23, 2004.

Ovell T. Barber, Appellant pro se.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ovell T. Barber appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Barber v. Jacobson,* No. CA–04–195–2 (E.D.Va. Apr. 16, 2004). We deny Barber's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*